IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL E. CARR, #1510366 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv527 |
| RICK THALER, ET AL. | § | |

<u>ORDER OF PARTIAL DISMISSAL</u>

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge K. Nicole Mitchell. The Second Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Second Report and Recommendation (docket entry #34) is **ADOPTED**. It is further

**ORDERED** that Defendants Calhoun, Hazelwood, Rodriguez, Williams, Wood, White and Villnave's motion for summary judgment limited to the issue of exhaustion of administrative remedies (docket entry #29) is **GRANTED** and the claims against them are **DISMISSED** with prejudice.

**It is SO ORDERED**.

**SIGNED this 12th day of January, 2015.**

*[signature: Michael Schneider]*

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE